IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX

    Plaintiff(s),

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISLEY,
HEATHER ISLEY,
TIM KING,
PAT FRITZLER, and
LINDA BENEVADIZ,

    Defendant(s).

___

### MINUTE ORDER
___

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion Requesting United States Marshals to Serve Process Upon the Defendants [filed August 19, 2005] is **granted in** part as follows:

    Plaintiff's shall provide the Court with each defendant's correct name and last known address no later than **September 23, 2005.**

    IT IS **FURTHER ORDERED** that the request for service is **denied without prejudice** until addresses are received.

Dated:  September 13, 2005