F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 9 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX

    Plaintiff(s),

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISLEY,
HEATHER ISLEY,
TIM KING,
PAT FRITZLER, and
LINDA BENAVIDAZ,

    Defendant(s).

---

### ORDER DIRECTING SERVICE OF SUMMONS

---

IT IS **ORDERED** that the United States Marshals Service shall serve a summons and copy of plaintiff's Amended Complaint [filed June 21, 2005] upon defendants' Vitamin Cottage Natural Grocers, Kemper Isley, Heather Isley, Tim King, Pat Fritzler, and Linda Benavidaz at the following address provided by plaintiff.

    Vitamin Cottage Natural Food Markets, Inc.
    (Corporate Office/Green Mountain Location)
    12612 W. Alameda Parkway
    Lakewood, CO 80228
    303-986-5700 and 303-986-4600

The Court has been advised that Kemper Isley is the registered agent for Vitamin Cottage Natural Grocers. All costs of service shall be advanced by the United States.

Dated: September 29, 2005.

BY THE COURT:

s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00962-REB-PAC

Corazon Fox
1458 S. Grant St.
Denver, CO 80210

Johnearl Fox
1458 S. Grant St.
Denver, CO 80210

US Marshal Service
Service Clerk
Service forms for: Vitamin Cottage Natural Grocers, Kemper Isley, Heather Isley, Tim King, Pat Fritzler, and Linda Benavidaz.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Vitamin Cottage Natural Grocers, Kemper Isley, Heather Isley, Tim King, Pat Fritzler, and Linda Benavidaz.:AMENDED COMPLAINT FILED ON 06/21/05, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 9-29-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk