**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX,

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISELY,
HEATHER ISELY,
TIM KING,
PAT FRITZLER, and
LINDA BENEVADIZ,

    Defendants.

---

## MINUTE ORDER

---

    Defendants' Objections to Magistrate's Minute Order Granting Unlimited Extension of Time to Serve Defendants and Motion to Dismiss Plaintiffs' Complaint Without Prejudice Pursuant to Fed.R.Civ.P. 4(m) [#29], filed on October 13, 2005, is STRICKEN for failure to comply with D.C.COLO.L.Civ.R. 7.1.C.  Defendants shall have until **October 24, 2005**, in which to file their Rule 72(a) objection to the magistrate's minute order and a motion to dismiss the complaint.

Dated:  October 14, 2005
----------------------------------------------------------------------------------------------------------