# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX

    Plaintiff(s),

v.

VITAMIN COTTAGE NATURAL GROCERS, INC., a Colorado corporation, KEMPER ISLEY, HEATHER ISLEY, TIM KING, PAT FRITZLER, and LINDA BENAVIDAZ,

    Defendant(s).

---

### ORDER CLARIFYING RESPONSE DATE AS DECEMBER 19, 2005

---

THIS MATTER having come before the Court on the Defendants' Motion to Clarify [Doc #59] Deadline to Respond to Amended Complaint, and the Court having been duly advised in the premises,

IT IS HEREBY ORDERED THAT: the motion is granted.

The deadline to respond to Plaintiffs' Amended Complaint is December 19, 2005.

Dated this 6th day of December, 2005.

BY THE COURT:

s/ Patricia A Coan
District Court Magistrate Judge
PATRICIA A COAN