IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX

    Plaintiff(s),

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISLEY,
HEATHER ISLEY,
TIM KING,
PAT FRITZLER, and
LINDA BENAVIDAZ,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiffs' Motion to Clarify Deadline to Respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P 12(b)(6) dated January 3, 2006 (doc. 68) is Granted.  Plaintiffs' Response to Defendants' Motion to Dismiss is due by January 12, 2006.

Dated:  January 9, 2006