IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISLEY,
HEATHER ISLEY,
TIM KING,
PAT FRITZLER, and
LINDA BENAVIDAZ,

    Defendants.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that Plaintiffs' Motion to Clarify Plaintiffs' Ability to Respond to Defendants' Reply, filed February 1, 2006 (doc. 73) is **granted**. Plaintiffs seek to file a surreply to defendants' reply to their motion to dismiss.  Customarily, only a response and reply to a motion to dismiss are allowed.  If the court needs further briefing or oral argument on the motion, it will notify the parties.

Dated:  February 2, 2006