**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX,

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISELY,
HEATHER ISELY,
TIM KING,
PAT FRITZLER, and
LINDA BENEVADIZ,

    Defendants.

---

## MINUTE ORDER[1]

---

    The Plaintiffs' Motion to Stay Court Proceedings [#77], filed February 21, 2006, is **DENIED**. The plaintiffs elected to file this case *pro se*, and must be prepared to prosecute their case in that capacity. If the plaintiffs find counsel to represent them, any scheduling conflicts created by an appearance of counsel for the plaintiffs can be addressed if and when such conflicts arise.

Dated: February 27, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.