IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00962-REB-PAC

CORAZON FOX,
JOHNEARL FOX,

        Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISLEY,
HEATHER ISLEY,
TIM KING,
PAT FRITZLER, and
LINDA BENAVIDAZ,

        Defendants.

ORDER TO CURE DEFICIENCY

Blackburn, Judge

        Plaintiffs submitted a Plaintiff's Motion to Proceed on Appeal In Forma Pauperis from Order Denying Motion for Court Appointed Counsel on March 30, 2006 . The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)**     **Filing Fee**
        ___ is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        ___ is not submitted
        X   is not on proper form (must use the court's current form)
        ___ is missing original signature by plaintiff/petitioner on motion
        ___ is missing affidavit

  __ affidavit is incomplete
  __ is missing original signature by plaintiff/petitioner on affidavit
  __ affidavit is not notarized or is not properly notarized
  __ other_____

Accordingly, it is

  ORDERED that plaintiffs cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiffs file in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the clerk of the court mail to plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if plaintiffs fail to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this 5th day of April, 2006.

            BY THE COURT:

            **s/ Robert E. Blackburn**
            _____
            JUDGE, UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO