IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX,

        Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS, INC., a Colorado Corporation,
KEMPER ISELY,
HEATHER ISELY,
TIM KING,
PAT FRITZLER, and
LINDA BENAVIDAZ,

        Defendants.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Blackburn, Judge

        Plaintiffs have both submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court has examined the file and has determined that the motions must be denied.  Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because plaintiffs have not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

        ORDERED that the Motions and Affidavits for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 are denied.  It is

        FURTHER ORDERED that Plaintiffs' "Motion for Extension of the Appellate Filing Deadlines Pending Clarification of the Deadlines and Procedures," filed April 10, 2006, and their "Motion to Clarify Procedural Requirements Following Motion to Appeal In Forma Pauperis," filed April 7, 2006, are

inappropriately filed in this Court and are denied without prejudice with leave to refile in the U.S. Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this 11th day of April, 2006.

BY THE COURT:

**s/ Robert E. Blackburn**

JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO