**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00962-REB-PAC

CORAZON FOX, and
JOHNEARL FOX,

    Plaintiffs,

v.

VITAMIN COTTAGE NATURAL GROCERS,
KEMPER ISELY,
HEATHER ISELY,
TIM KING,
PAT FRITZLER, and
LINDA BENEVADIZ,

    Defendants.

---

**ORDER RE RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matters before me are 1) **Defendants' Motion to Dismiss Plaintiffs' Complaint Without Prejudice Pursuant to F**ED**. R. C**IV**. P. 4(m)** [#39], filed October 17, 2005; 2) **Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to F**ED**. R. C**IV**. P. 12(b)(6)** [#64], filed December 19, 2005; and 3) the **Recommendation of United States Magistrate Judge** [#102], filed June 22, 2006. On July 27, 2006, the defendants filed objections [#113] to portions of the recommendation, and on July 28, 2006, the plaintiffs filed objections [#114] to portions of the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law.  In addition, because the plaintiffs were proceeding *pro se* until very recently, I have construed their *pro se* pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The defendants object to the recommendation only to the extent that the Magistrate Judge recommended that the defendants' request for leave to apply for an award of attorney fees and costs be denied.  I agree with the defendants that they should be permitted to apply for an award of attorney fees under 42 U.S.C. § 1988(b).  By this order, I am dismissing all of the plaintiffs' claims.  Many of plaintiffs' claims are civil rights claims brought under statutes enumerated in § 1988(b).  It is possible that the defendants properly may be seen as prevailing parties for the purposes of § 1988(b), and thus, may be entitled to seek an award of fees and costs under § 1988(b).  To this extent I respectfully disagree with the Magistrate Judge's recommendation.

Otherwise, the recommendation is detailed and well-reasoned.  With the one exception noted above, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.  I further find that the plaintiffs' objections should be overruled.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#102], filed

June 22, 2006, is **REJECTED** to the extent the Magistrate Judge recommends that the defendants be prohibited from seeking an award of attorney fees and costs under 42 U.S.C. § 1988(b);

    2.  That the **Recommendation of United States Magistrate Judge** [#102], filed June 22, 2006, otherwise is **APPROVED AND ADOPTED** as an order of this court;

    3.  That the **Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [#64], filed December 19, 2005, is **GRANTED**;

    4.  That the **Defendants' Motion to Dismiss Plaintiffs' Complaint Without Prejudice Pursuant to Fed. R. Civ. P. 4(m)** [#39], filed October 17, 2005, is **DENIED** as moot;

    5.  That the plaintiffs' objections to the recommendation [#114], filed July 28, 2006, are **OVERRULED** and **DENIED**;

    6.  That any other pending motions are **DENIED** as moot; and

    7.  That the plaintiffs' Amended Complaint [#3], filed June 21, 2005, is **DISMISSED**.

    Dated August 9, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**